IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40115
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICARDO D. TILMAN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:94-CR-20-2
- - - - - - - - - -
November 24, 1995

Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Appellant appeals from his guilty-plea conviction for possession with intent to distribute cocaine base. He argues that the factual basis to support his guilty plea was insufficient and that his guilty plea was not knowing and voluntary. We have reviewed the record and find no reversible error. The district court's finding that the factual basis was sufficient to support the plea was not clearly erroneous, see

_____

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

United States v. Adams, 961 F.2d 505, 508 (5th Cir. 1992), and a review of the record reveals that the guilty plea was knowing and voluntary and that the district court complied with Rule 11.

AFFIRMED.